■ In the Matter of ROCHESTER URBAN RENEWAL AGENCY, Appellant-Respondent, v MILTON LEE, as Trustee under the Last Will and Testament of ISADORE B. LEVIN, Deceased, Respondent-Appellant. (Appeal No. 2.) — Judgment unanimously modified and, as modified, affirmed, in accordance with memorandum in *Matter of Rochester Urban Renewal Agency v Lee* (83 AD2d 770). (Appeal from judgment of Monroe Supreme Court, Siracuse, J. — condemnation.) Present — Dillon, P.J., Callahan, Doerr, Moule and Schnepp, JJ.

■ WILLIAM F. MONAHAN, Individually and as Executor of MARY E. MONAHAN, Deceased, Appellant, v ST. JOSEPH'S HOSPITAL AND HEALTH CARE CENTER, Respondent. (Appeal No. 2.) — Judgment unanimously affirmed, with costs. Same opinion as in *Monahan v Weichert* (82 AD2d 102). (Appeal from judgment of Onondaga Supreme Court, Lee, J. — medical malpractice.) Present — Dillon, P.J., Callahan, Doerr, Moule and Schnepp, JJ.

■ NATIONAL BANK OF NORTHERN NEW YORK, Respondent, v STANLEY H. GRAHAM et al., Appellants. — Order unanimously affirmed, with costs, for the reasons stated in the memorandum decision at Supreme Court, Jefferson County, Sullivan, J. Memorandum: We add only the following. The judgment awarded plaintiff the balance due on loans made by it under an overdraft-checking agreement (Banking Law, § 108, subd 5, par [a]). Although it need not be reviewed *(Telmark, Inc. v National Commercial Bank & Trust Co.,* 73 AD2d 777), we find nonetheless that defendants' claim of usury, raised for the first time on appeal, is without merit *(Brown v First Nat. City Bank,* 503 F2d 114; *American Express Co. v Brown,* 392 F Supp 235). Nor did the court err in granting summary judgment where, as here, plaintiff's prior motion for the same relief was denied "without prejudice". In those circumstances, this motion required a showing of newly discovered evidence (Siegel, Supplementary Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3212:21, 1980-1981 Pocket Part, p 82). Plaintiff satisfied that burden and demonstrated that a trial of the action was unwarranted. (Appeal from order of Jefferson Supreme Court, Sullivan, J. — summary judgment.) Present — Dillon, P.J., Callahan, Doerr, Moule and Schnepp, JJ.